AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

PURITY ORGANIC, INC.,
          Plaintiff (s),
V.
NATURAL FLAVORS, INC., et al.,
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-03310-DMR

Notice is hereby given that, subject to approval by the court, __ELAN CHEMICAL COMPANY, INC.__ substitutes
(Party (s) Name)

__Steven R. Disharoon & Wood, Smith, Henning & Berman LLP__, State Bar No. __273170__, as counsel of record in
(Name of New Attorney)

place of __Stephen R. Wong & Sinnot, Puebla, Campagne & Curet, APLC__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Wood, Smith, Henning & Berman LLP
    Address: 1401 Willow Pass Road, Suite 700, Concord, CA 94520
    Telephone: (925) 222-3400      Facsimile (925) 356-8250
    E-Mail (Optional): sdisharoon@wshblaw.com

I consent to the above substitution.
Date: 9/16/15
          JOCELYN MANSHIP
          (Signature of Party (s))

I consent to being substituted.
Date: 9/16/2015
          Stephen R. Wong
          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/16/15
          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/17/2015

**GRANTED**
Judge Donna M. Ryu

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]