AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

PURITY ORGANIC, LLC

       Plaintiff (s),

V.

NATURAL FLAVORS, INC., et al.

       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-CV-03310-DMR

Notice is hereby given that, subject to approval by the court, __NATURAL FLAVORS, INC.__ substitutes
(Party (s) Name)

__Seymour B. Everett III__, State Bar No. __223441__ as counsel of record in
(Name of New Attorney)

place of __Seymour B. Everett III of Wood, Smith Henning & Berman, LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Lewis Brisbois Bisgaard & Smith, LLP
 Address:     650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626
 Telephone:    714-545-9200    Facsimile 714-850-1030
 E-Mail (Optional):  Seymour.everett@lewisbrisbois.com

I consent to the above substitution.

Date: 09/04/2015

Robert R. Maxwell

*(signed)* Robert R. Maxwell
(Signature of Party (s))
Dir. of Operations - NFI

I consent to being substituted.

Date: 9/9/15

*(signed)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/16/15

*(signed)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/18/15

IT IS SO ORDERED
*(signed)*
Judge Donna M. Ryu

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

4845-3832-0424.1