United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PURITY ORGANIC, LLC,

          Plaintiff,

    v.

NATURAL FLAVORS, INC., et al.,

          Defendants.

Case No.  15-cv-03310-DMR

**ORDER TO SHOW CAUSE**

Defendant Elan Chemical Company, Inc. filed a motion for summary judgment on June 2, 2016.  [Docket No. 72.]  Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on June 16, 2016, but no such opposition has been received.  <u>Plaintiff Purity Organic, LLC is ordered to respond by **June 22, 2016** and show cause for its failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b).  This order to show cause does not constitute permission to file a late opposition.  If Plaintiff does not respond by June 22, 2016, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: June 17, 2016



Donna M. Ryu
United States Magistrate Judge