UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURITY ORGANIC, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NATURAL FLAVORS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03310-DMR<br><br>**ORDER RE PLAINTIFF'S RESPONSE TO OSC, STATEMENT OF NON-OPPOSITION**<br><br>Re: Dkt. Nos. 77-79 |

The court has received Plaintiff's response to the court's June 17, 2016 Order to Show Cause, as well as its statement of non-opposition to Defendant Elan Chemical Company, Inc.'s ("Elan") motion for summary judgment. [Docket Nos. 77-79.] The OSC is discharged. Plaintiff and Elan shall file a notice of settlement by no later than June 27, 2016.

**IT IS SO ORDERED.**

Dated: June 22, 2016



Donna M. Ryu
United States Magistrate Judge