UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURITY ORGANIC, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NATURAL FLAVORS, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03310-DMR<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT ELAN CHEMICAL COMPANY, INC.** |

The court has received the joint notice of settlement between Plaintiff Purity Organic, LLC and Defendant Elan Chemical Company, Inc. dba Elan Inc. ("Elan"). [Docket No. 90.] The court having been advised that Plaintiff and Defendant Elan have agreed to a settlement of this case, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Elan are dismissed in their entirety with prejudice; provided, however, that if either party shall certify to this court, within 30 days, with proof of service of a copy thereof to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated. The July 28, 2016 hearing on Defendant Elan's motion for summary judgment (Docket No. 72) is VACATED.

**IT IS SO ORDERED**.

Dated: June 27, 2016

_____

DONNA M. RYU
United States Magistrate Judge